**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Deborah Strong, Respondent,

v.

Robert J. Strong, Appellant.

Appellate Case No. 2011-184611

Appeal From Dorchester County
William J. Wylie, Jr., Family Court Judge

Unpublished Opinion No. 2012-UP-672
Submitted November 1, 2012 – Filed December 19, 2012

**AFFIRMED**

Robert J. Strong, of North Charleston, pro se.

Deborah L. Strong, of Summerville, pro se.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities:

1. As to whether the family court erred in allowing the January 5, 2011 hearing to commence without Husband's attorney being present: Rule 208(b)(1)(D), SCACR (providing that an appellant's brief should include "citations of authority"); *First*

*Sav. Bank v. McLean*, 314 S.C. 361, 363, 444 S.E.2d 513, 514 (1994) (stating an issue is deemed abandoned and will not be considered on appeal if "[a]ppellant fails to provide arguments or supporting authority for his assertion").

2.  As to the remaining issues: *Doe v. S.B.M.*, 327 S.C. 352, 356, 488 S.E.2d 878, 880 (Ct. App. 1997) ("Objections not raised in the trial court cannot be relied on in the appellate court."); *id.* ("The duty is on the litigant to make a timely objection in order to preserve the right of review."); *Barrow v. Barrow*, 394 S.C. 603, 615, 716 S.E.2d 302, 309 (Ct. App. 2011) (holding an issue is not preserved for appellate review when the family court does not address the issue in its order and the party fails to raise the issue in a Rule 59(e), SCRCP, motion).

**AFFIRMED.**[1]

**HUFF, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.